# WILLIAMS & WILKINS CO *v.* UNITED STATES

No. 73–1279. Argued December 17, 1974—
Decided February 25, 1975

*Alan Latman* argued the cause for petitioner. With him on the briefs were *Arthur J. Greenbaum* and *Martin F. Richman.*

*Solicitor General Bork* argued the cause for the United States. With him on the brief were *Assistant Attorney General Hills, Harriet S. Shapiro,* and *William G. Kanter.** 

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE BLACKMUN took no part in the decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed by *Arthur B. Hanson* and *William J. Butler, Jr.,* for the American Chemical Society; by *Robert B. Washburn* for the American Society for Testing and Materials et al.; by *Joseph Calderon* for the American Guild of Authors and Composers et al.; by *Charles H. Lieb* for the Association of American Publishers, Inc., et al.; by *Irwin Karp* for the Authors League of America, Inc.; by *Paul G. Zurkowski* for the Information Industry Assn.; by *Alfred H. Wasserstrom* for the Magazine Publishers Assn., Inc.; and by the Associated Councils of the Arts.

Briefs of *amici curiae* urging affirmance were filed by *William D. North, Ronald L. Engel,* and *James M. Amend* for the American Library Assn. and the Special Libraries Assn.; by *Philip B. Brown, Stephen C. Lieberman,* and *John P. Furman* for the Association of Research Libraries et al.; and by *Harry N. Rosenfield* for the National Education Assn.